T. Steven Har (TH2601)
Duane Morris LLP
1540 Broadway
New York, New York 10036
(212) 692-1000
(212) 692-1020
TSHar@duanemorris.com

*Attorneys for Plaintiff*
*KEB NY Financial Corp.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEB NY Financial Corp. | Civil Action No. 10-CIV-5470 (RJH) |
| Plaintiff, | |
| v. | |
| Kye & Co Internal & Rehabilitative Medicine, PA and Kye S. Chun | |
| Defendants. | |

**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE** that plaintiff , KEB NY Financial Corp. ("KEB" or

"Plaintiff"), by its undersigned counsel, Duane Morris LLP, will hereby move before this Court,

Hon. Richard J. Holwell, United States District Judge, for an order pursuant to Fed. R. Civ. P.

55(b) granting plaintiff's motion for entry of default judgment in plaintiff's favor against

defendants Kye &Co Internal & Rehabilitative Medicine, PA and Kye S. Chun, individually.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the Complaint filed

commencing the within action, the Declaration of T. Steven Har filed simultaneously herewith,

the enclosed Clerk's Certificate, and the enclosed proof of service of the summons and

complaint, in support of the within motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of default judgment has

been annexed hereto.

Dated: New York, New York
       December 20, 2010

                                        DUANE MORRIS LLP
                                        *Attorneys for Plaintiff, KEB NY Financial Corp.*


                                        By:  _____*s/ T. Steven Har*_____
                                                  T. Steven Har
                                             1540 Broadway
                                             New York, New York 10036
                                             212) 692-1000
                                             (212) 692-1020
                                             TSHar@duanemorris.com


To:    Kye &Co Internal & Rehabilitative Medicine, PA
       2 East Hartshorn Drive
       Milburn, NJ 07078

       Kye S. Chun
       2 East Hartshorn Drive
       Milburn, NJ 07078